AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*

was received by me on *(date)*

☐ I personally served the summons on the individual at *(place)*
on *(date)*                    ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)*
, a person of suitable age and discretion who resides there,
on *(date)*             , and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* **Daron Ward**, who is designated by law to accept service of process on behalf of *(name of organization)* **Department of Justice**
on *(date)* **7/11/2013**          ; or

☐ I returned the summons unexecuted because                    ; or

☐ Other *(specify)*:

My fees are $           for travel and $          for services, for a total of $   0.00

I declare under penalty of perjury that this information is true.

Date: **7/11/2013**

**Glenetta Harris**
*Server's signature*

**Glenetta Harris, p/l spec.**
*Printed name and title*

**PDS DC**
**633 Indiana Ave, NW Wash]**
*Server's address*

Additional information regarding attempted service, etc:

AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | |
|---|---|
| Public Defender Service for the Distict of Columbia <br> *Plaintiff* <br> v. <br> United States Department of Justice <br> *Defendant* | ) ) ) )  Case No.  1:13-cv-01056-RLW ) ) |

## APPEARANCE OF COUNSEL

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Public Defender Service for the District of Columbia                                                             .

Date:    07/11/2013                                      /s/ Sonam Henderson
                                                           *Attorney's signature*

                                                          Sonam Henderson, 1010801
                                                          *Printed name and bar number*

                                                          Public Defender Service for D.C.
                                                          633 Indiana Avenue, N.W.
                                                          Washington, D.C.  20004

                                                          *Address*

                                                          shenderson@pdsdc.org
                                                          *E-mail address*

                                                          (202) 824-2567
                                                          *Telephone number*

                                                          (202) 824-2767
                                                          *FAX number*